# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
vs.

Michael Gadbury

CASE/CITATION NO. 3:15-mj-0005CMK

**ORDER TO PAY**

SOCIAL SECURITY #: _____
DATE OF BIRTH: __/__/__
DRIVER'S LICENSE #: _____
ADDRESS: PO Box ____,
Weaverville, CA
CITY           STATE         ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE: 6-9-2015        _____
                     DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:**

[X] Fine: $ 975.00 and a penalty assessment of $ 25.00 for a TOTAL AMOUNT OF: $ 1,000.00 within _____ days/months; or payments of $ _____ per month, commencing _____ and due on the _____ of each month until paid in full.
[X] Restitution: Trinity PUD $4,745.14 / Shasta Trinity Ntl Forest $847.47
( ) Community Service _____ with fees not to exceed $ _____
completed by _____
5 years summary court probation, excluded from all federal parks

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one): Payments of at least $100 per month with the payments being applied first to Trinity PUD, then Shasta Trinity and then USDC.

~~CENTRAL VIOLATIONS BUREAU (SA)~~      ~~CLERK, USDC~~        CLERK, USDC
~~POST OFFICE BOX 740026~~              ~~1130 O STREET, RM 5000~~  501 "I" STREET
~~ATLANTA, GA 30374-0026~~              ~~FRESNO, CA 93721~~    SACRAMENTO, CA 95814-2322

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 6-9-2015        _____
                     U.S. MAGISTRATE JUDGE

Clerk's Office


PRINTED ON RECYCLED PAPER

EDCA-3